UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | MAG. No. 07-019-GGH |
| v. ) | |
| ) | |
| ROBERT BRIAN WINSTON, ) | |

**FILED**
JAN 1 8 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X) Ad Prosequendum  () Ad Testificandum

Name of Detainee: ROBERT BRIAN WINSTON
Detained at (custodian): Sacramento County Jail

Detainee is:
a.) (X) charged in this district by: () Indictment  () Information  (X) Complaint
    charging detainee with: 18 U.S.C. §§ 2113(a)(d), 924(c)(1), and 2119
or b.) () a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) (X) return to the custody of detaining facility upon termination of proceedings
or b.) () be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on JANUARY 19, 2007, at 2:00 P.M. in the Eastern District of California.*

Signature: _/s/ Michelle Rodriguez_
Printed Name & Phone No: MICHELLE RODRIGUEZ, Tel: 916-554-2700
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum  () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on JANUARY 19, 2007, at 2:00 P.M., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: Jan. 18, 2007

GREGORY G. HOLLOWS
GREGORY G. HOLLOWS
United States District/Magistrate Judge

---

Please provide the following, if known:

AKA(s) (if applicable): _____
Booking or CDC #: CII: A21018862
Facility Address: 651 I Street, Sacramento, CA 95814

Facility Phone: _____
Currently Incarcerated For: _____

Male
DOB: 05/02/84
Race:
FBI #: 596415KB2

**RETURN OF SERVICE**

Executed on _____  By: _____
                                       (Signature)