DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT BRIAN WINSTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-07-030 GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED ORDER] |
| ROBERT BRIAN WINSTON, | ) Date: April 13, 2007 |
| | ) Time: 9:00 A.M. |
| Defendant. | ) Judge: Hon. Garland E. Burrell |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the status conference now scheduled for February 23, 2007 at 9:00 AM be vacated and a new date of April 13, 2007 at 9:00 AM be set for status.  Mr. Winston was arraigned on the indictment in this case approximately three weeks ago.  The defense is expecting to receive a significant amount of discovery and will need time to review that discovery and perform investigation.

It is further stipulated and agreed between the parties that the period beginning February 23, 2007 and ending April 13, 2007, should be excluded in computing the time within which the trial of the above

criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. The defense has been engaged in ongoing legal research and investigation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Respectfully submitted,

DANIEL BRODERICK
Acting Federal Defender

Dated: February 21, 2007        /s/ Ned Smock
Ned Smock
Assistant Federal Defender
Attorney for Defendant
ROBERT BRIAN WINSTON

MCGREGOR W. SCOTT
United States Attorney

Dated: February 21, 2007

/S/ Michelle Rodriguez
Michelle Rodriguez
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: February 22, 2007

GARLAND E. BURRELL, JR.
United States District Judge

2