```
 1  DANIEL BRODERICK, Bar # 89424
    Federal Defender
 2  NED SMOCK, Bar # 236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    ROBERT BRIAN WINSTON

 7
                  IN THE UNITED STATES DISTRICT COURT
 8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10  UNITED STATES OF AMERICA,    ) No. CR-S-07-030 GEB
                                 )
11            Plaintiff,         )
                                 ) STIPULATION AND [PROPOSED ORDER]
12       v.                      )
                                 )
13  ROBERT BRIAN WINSTON,        ) Date: July 13, 2007
                                 ) Time: 9:00 A.M.
14                               )
                                 ) Judge: Hon. Garland E. Burrell
15            Defendant.         )
    _____
16
```

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the status conference now scheduled for May 25, 2007 at 9:00 AM be vacated and a new date of July 13, 2007 at 9:00 AM be set for status. The defense is reviewing discovery provided thus far.  There is a pending request for additional discovery.  The defense will need additional time to review that discovery and perform necessary investigation.

It is further stipulated and agreed between the parties that the period beginning May 25, 2007 and ending July 13, 2007, should be excluded in computing the time within which the trial of the above

1  criminal prosecution must commence for purposes of the Speedy Trial Act
2  for defense preparation.  The defense has been engaged in ongoing legal
3  research and investigation.  All parties stipulate and agree that this
4  is an appropriate exclusion of time within the meaning of Title 18,
5  United States Code, Section 3161(h)(8)(iv) (Local Code T4).

                                                    Respectfully submitted,

                                                    DANIEL BRODERICK
                                                    Acting Federal Defender

Dated: May 23, 2007                        /s/ Ned Smock
                                                    Ned Smock
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    ROBERT BRIAN WINSTON

                                                    MCGREGOR W. SCOTT
                                                    United States Attorney

Dated: May 23, 2007
                                                   /S/ Ned Smock for Michelle Rodriquez
                                                   Michelle Rodriguez
                                                   Assistant U.S. Attorney

                                                         **ORDER**

**IT IS SO ORDERED.**

Dated:  May 24, 2007

                                                   GARLAND E. BURRELL, JR.
                                                   United States District Judge