DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ROBERT BRIAN WINSTON


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-030 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED ORDER] |
| v. | ) | |
| | ) | |
| ROBERT BRIAN WINSTON, | ) | Date: August 10, 2007 |
| | ) | Time: 9:00 A.M. |
| | ) | |
| | ) | Judge: Hon. Garland E. Burrell |
| Defendant. | ) | |

_____

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the status conference now scheduled for July 13, 2007 at 9:00 AM be vacated and a new date of August 10, 2007 at 9:00 AM be set for status.  The government turned over additional discovery this week.  The defense needs time to review that discovery and perform necessary investigation.

It is further stipulated and agreed between the parties that the period beginning July 13, 2007 and ending August 10, 2007, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act

for defense preparation.  The defense has been engaged in ongoing legal research and investigation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).


                                    Respectfully submitted,

                                    DANIEL BRODERICK
                                    Acting Federal Defender

Dated: July 11, 2007                _____/s/ Ned Smock_____
                                    Ned Smock
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    ROBERT BRIAN WINSTON


                                    MCGREGOR W. SCOTT
                                    United States Attorney

Dated: July 11, 2007
                                    /S/ Ned Smock for Michelle Rodriguez
                                    Michelle Rodriguez
                                    Assistant U.S. Attorney

                              **ORDER**

      **IT IS SO ORDERED.**

Dated:  July 11, 2007


                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

2