DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT BRIAN WINSTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-030 GEB |
| ) Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED ORDER] |
| v. ) | |
| ) ROBERT BRIAN WINSTON, ) | Date: September 7, 2007 |
| ) | Time: 9:00 A.M. |
| ) Defendant. ) | Judge: Hon. Garland E. Burrell |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the status conference now scheduled for August 10, 2007 at 9:00 AM be vacated and a new date of September 7, 2007 at 9:00 AM be set for status.  The defense is reviewing new discovery recently provided by the government, including scheduling viewings of videotape with the defendant at the jail.

It is further stipulated and agreed between the parties that the period beginning August 10, 2007 and ending September 7, 2007, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act

1 | for defense preparation.  The defense has been engaged in ongoing legal
2 | research and investigation.  All parties stipulate and agree that this
3 | is an appropriate exclusion of time within the meaning of Title 18,
4 | United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Respectfully submitted,

DANIEL BRODERICK
Acting Federal Defender

Dated: August 8, 2007            /s/ Ned Smock
                                 Ned Smock
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 ROBERT BRIAN WINSTON


                                 MCGREGOR W. SCOTT
                                 United States Attorney

Dated: August 8, 2007
                                 /S/ Ned Smock for Michelle Rodriguez
                                 Michelle Rodriguez
                                 Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:  August 10, 2007



                                 _____
                                 GARLAND E. BURRELL, JR.
                                 United States District Judge

2