```
DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT BRIAN WINSTON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-030 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED ORDER] |
| v. ) | |
| ) | |
| ROBERT BRIAN WINSTON, ) | Date:  September 28, 2007 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Hon. Garland E. Burrell |
| ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the status conference now scheduled for September 7, 2007 at 9:00 a.m. be vacated and a new date of September 28, 2007 at 9:00 a.m. be set for status.

   This continuance is requested as defense counsel is engaged in investigation regarding DNA evidence and additional time is needed.

   It is further stipulated and agreed between the parties that the period beginning September 7, 2007 and ending September 28, 2007, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy

1  Trial Act for defense preparation.  The defense has been engaged in
2  ongoing legal research and investigation.  All parties stipulate and
3  agree that this is an appropriate exclusion of time within the meaning
4  of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code
5  T4).
6  Dated:   September 6, 2007

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender


                                            /s/ Ned Smock
                                        NED SMOCK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ROBERT BRIAN WINSTON


Dated:   September 6, 2007
                                        MCGREGOR W. SCOTT
                                        United States Attorney


                                        /s/ Ned Smock for
                                        MICHELLE RODRIGUEZ
                                        Assistant U.S. Attorney


                                    **ORDER**

**IT IS SO ORDERED.**

Dated:   September 12, 2007

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

2