```
DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ROBERT BRIAN WINSTON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-030 GEB |
| ) | No. CR-S-07-489 GEB |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND [PROPOSED ORDER] |
| ) | |
| ROBERT BRIAN WINSTON, ) | |
| ) | Date: December 21, 2007 |
| ) | Time: 9:00 A.M. |
| ) | |
| Defendant. ) | Judge: Hon. Garland E. Burrell |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the status conference now scheduled for November 16, 2007 at 9:00 AM be vacated and a new date of December 21, 2007 at 9:00 AM be set for status/change of plea.

　　　It is further stipulated and agreed between the parties that the period beginning November 16, 2007 and ending December 21, 2007, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. The defense has been engaged in ongoing legal research and investigation and additional time is needed to discuss the

1  terms of a proposed plea agreement with the defendant.  All parties
2  stipulate and agree that this is an appropriate exclusion of time
3  within the meaning of Title 18, United States Code, Section
4  3161(h)(8)(iv) (Local Code T4).

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Acting Federal Defender

Dated: November 14, 2007                     /s/ Ned Smock
                                        Ned Smock
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ROBERT BRIAN WINSTON


                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated: November 14, 2007
                                        /S/ Ned Smock for Michelle Rodriguez
                                        Michelle Rodriguez
                                        Assistant U.S. Attorney


                            **ORDER**

   **IT IS SO ORDERED.**

DATED: November 19, 2007

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

2