UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:07-cr-0030 GEB CKD |
| Respondent, | |
| v. | ORDER |
| ROBERT BRIAN WINSTON, | |
| Movant. | |

Movant, a federal prisoner proceeding through counsel, has filed a motion for habeas corpus relief under 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 29, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Movant has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 29, 2017, are adopted in full;

2. Movant's motion for habeas corpus relief under 28 U.S.C. § 2255 (ECF No. 41) is denied;

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

4. The Clerk of the Court is directed to close the companion civil case No. 2: 16-cv-1398 GEB CKD.

Dated: October 5, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge